IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RICHARD THOMAS CRAVEN, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CV38 |
| | ) | |
| v. | ) | |
| | ) | |
| DR. GENSLER, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| RICHARD THOMAS CRAVEN, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CV41 |
| | ) | |
| v. | ) | |
| | ) | |
| DIRECTOR NEWTON, et al., | ) | ORDER |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This matter is before the Court on the Court's Order directing the plaintiff to file an updated application for leave to proceed IFP based on changed circumstances (Filing No. 11). In its order, the Court noted that plaintiff had been released from custody and informed plaintiff that if he wished to continue to pursue these cases, he must file a new application for leave to proceed IFP as a non-prisoner by August 10, 2007. The Court directed the clerk of court to send the plaintiff the form for requesting leave to proceed IFP. The Court's records indicate, however, that on July 20, 2007, and July 30, 2007, the IFP form

was returned as undeliverable (Filing Nos. 12 and 13).  On August 9, 2007, the plaintiff filed a motion for a speedy trial and request for appointed attorney (Filing No. 15).  The return address on this motion does not coincide with the plaintiff's current address of record.  Therefore, the Court will direct the clerk of court to send the form for requesting leave to proceed IFP to this new address.  Plaintiff shall have until **August 31, 2007,** to complete and return the form.  If the plaintiff fails to return the IFP form by **August 31, 2007**, or fails to keep the Court informed of his current address, this case will be dismissed without further notice.

       IT IS ORDERED:

       1)  That the clerk of court shall send the plaintiff a copy of this order and the form for requesting leave to proceed IFP to the address found on the plaintiff's motion for a speedy trial (Filing No. 15);

       2)  If he wishes to continue to litigate these cases, plaintiff shall complete the form and return it to the Court by **August 31, 2007;**

3) If plaintiff does not return the completed IFP application by **August 31, 2007**, these cases will be subject to dismissal without further notice;

4) If plaintiff continues to fail to keep the Court informed of his current address at all times while these cases are pending, the cases will be subject to dismissal without further notice;

5) The clerk of court is directed to set a pro se case management deadline in this case using the following text: "Review for filing of updated IFP request on August 31, 2007."

DATED this 14th day of August, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court